**Order entered December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00209-CV

### IN THE INTEREST OF L.E.M., A CHILD

**On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-13-12693-V**

## ORDER

Before the Court is appellant's December 6, 2016 motion for extension of time to file appellant's brief and request for assistance in obtaining findings of fact and conclusions of law.

We **GRANT** appellant's motion for extension to the extent that appellant's brief shall be filed by December 30, 2016.

We **DENY** appellant's request for assistance in obtaining findings of fact and conclusions of law because the record shows appellant's notice of past due findings of fact and conclusions of law was untimely. *See* TEX. R. CIV. P. 297.

/s/     CRAIG STODDART
JUSTICE